JUMEAU v. BROOKS et al. (Circuit Court of Appeals, Fifth Circuit. March 3, 1903.) No. 1,209. Appeal from the Circuit Court of the United States for the Southern District of Florida. Jno. G. Reardon, for appellant. Herbert L. Anderson, for appellees. Before McCORMICK and SHELBY, Circuit Judges.

PER CURIAM. The decree of the Circuit Court is affirmed.

---

LUM WAY et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 6, 1903.) No. 123. In Error to the District Court of the United States for the Western District of New York. Royal R. Scott, for plaintiffs in error. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Judgments of District Court affirmed.

---

MANNHEIM INS. CO. v. HOLLANDER. (Circuit Court of Appeals, Second Circuit. March 12, 1903.) No. 148. Appeal from the District Court of the United States for the Southern District of New York. F. M. Brown, for appellant. Eustace Conway, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Decree affirmed, with interest and costs.

---

The MISSISSIPPI. (Circuit Court of Appeals, Second Circuit. February 4, 1903.) No. 70. Appeal from the District Court of the United States for the Southern District of New York. J. Parker Kirlin, for appellant. Lawrence Kneeland, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Decree of District Court affirmed, with interest and costs, on opinion below. 113 Fed. 985.

---

In re MORGAN. (Circuit Court of Appeals, Second Circuit. March 12, 1903.) No. 150. Petition for Revision of Proceedings of the District Court of the United States for the Southern District of New York. Samuel Fleischman, for petitioners. Henry B. Johnson, for respondent. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Order affirmed, without intending to imply that the court considers the proposed amended specifications insufficient in form or substance.

---

NEW YORK, N. H. & H. R. CO. v. RYAN. (Circuit Court of Appeals, Second Circuit. February 4, 1903.) No. 67. In Error to the Circuit Court of the United States for the Southern District of New York. J. W. Barshby, for plaintiff in error. Thos. P. Wickes, for defendant in error. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Judgment of Circuit Court affirmed. See 115 Fed. 197.